Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64211.—The Coldwater Seafood Corp. *v.* United States, protests 59/26158, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64212.—The Coldwater Seafood Corp. *v.* United States, protests 60/1661(B) and 60/1661(C) (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64213.—Richter Bros., Inc. *v.* United States, protest 59/17213 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the